# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-5220**  **September Term, 2024**
FILED ON: JANUARY 24, 2025

CIGAR ASSOCIATION OF AMERICA, ET AL.,
    APPELLEES

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,
    APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:16-cv-01460)

Before: MILLETT and PAN, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court be reversed and the case be remanded only so that the district court can invite briefing on the appropriate definition of "premium cigars" before entering a final order. The judgment of the District Court is otherwise affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:   /s/

          Daniel J. Reidy
          Deputy Clerk

Date: January 24, 2025

Opinion for the court filed by Senior Circuit Judge Randolph.